1

2

3

4

5

6

7

The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

17

18

19

PAVEL DERTYSHNIKOV,

Plaintiff,

v.

KRISTI NOEM, Secretary of United States
Department of Homeland Security; PAMELA
BONDI, Attorney General, U.S. Department
of Justice; TEAL LUTHY MILLER, U.S.
Attorney for Western District of Washington,
Department of Justice; KIKA SCOTT,
Director of United States Citizenship and
Immigration Services; DANIELLE E.
LEHMAN, Director of San Francisco Asylum
Office of the United States Citizenship and
Immigration Services,

Defendants.

CASE NO.  2:25-cv-00935-JLR

STIPULATED MOTION TO STAY CASE
AND [PROPOSED] ORDER

NOTED FOR CONSIDERATION:
DECEMBER 18, 2025

20

21

22

23

24

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule

of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to

stay these proceedings for 60 days. Plaintiff brought this litigation pursuant to the Administrative

Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration

Services ("USCIS") to adjudicate his asylum application.

STIPULATED MOTION TO STAY CASE AND [PROPOSED]
ORDER
[2:25-cv-00935-JLR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1       The parties previously agreed to a stay of this case as USCIS had scheduled Plaintiff for

2   an asylum interview. Since that time, a December 2, 2025 Policy Memorandum, PM-602-0192,

3   available online at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-

4   0192-PendingApplicationsHighRiskCountries-20251202.pdf, has been issued. For good cause,

5   USCIS therefore requests additional time to access the impact of the memorandum and determine

6   next steps in this case.

7       Dated this 18th day of December, 2025.

8   DREAMIGRATION, PLLC                         CHARLES NEIL FLOYD
                                                United States Attorney
9

10  s/ Natalia Rasulova                         s/ Katie D. Fairchild
    NATALIA RASULOVA, Pro Hac Vice              KATIE D. FAIRCHILD, WSBA No. 47712
    NY Bar ID #5973904                          Assistant United States Attorney
11  9805 N.E. 116th Street, Suite 7448          United States Attorney's Office
    Kirkland, WA 98034                          700 Stewart Street, Suite 5220
12  Phone: (206) 590-1122                       Seattle, Washington 98101-1271
    Email: natalia@dreamigration.us             Phone: (206) 553-7970
13                                              Fax: 206-553-4067
    THE LAW OFFICES OF                          Email:  katie.fairchild@usdoj.gov
14  KARIN TOLGU, PLLC

15  s/ Karin Tolgu                              Attorneys for Defendant
    KARIN TOLGU, WSBA No. 42647
16  110 Prefontain Place S., Suite 304          I certify that this memorandum contains 124
    Seattle, WA 98104                           words, in compliance with the Local Civil
17  Phone: (206) 218-9472                       Rules.
    Email: karin@karintolgulaw.com
18
    Attorneys for Plaintiff
19

20

21

22

23

24

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

**ORDER**

2        The case is stayed for 60 days.  The parties shall submit a status update on or before 60 days

3   from the date of this Order.  It is so **ORDERED**.

4        Dated this   19th   day of    December    , 2025.

5

6                                        _____

7                                        JAMES L. ROBART
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO STAY CASE AND [PROPOSED]
ORDER
[2:25-cv-00935-JLR] - 3