The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVEL DERTYSHNIKOV,

               Plaintiff,

    v.

KRISTI NOEM, Secretary of United States Department of Homeland Security; PAMELA BONDI, Attorney General, U.S. Department of Justice; TEAL LUTHY MILLER, U.S. Attorney for Western District of Washington, Department of Justice; KIKA SCOTT, Director of United States Citizenship and Immigration Services; DANIELLE E. LEHMAN, Director of San Francisco Asylum Office of the United States Citizenship and Immigration Services,

               Defendants.

CASE NO.  2:25-cv-00935-JLR

STIPULATED MOTION TO STAY CASE AND [PROPOSED] ORDER

NOTED FOR CONSIDERATION:
FEBRUARY 12, 2026

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintisff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application.

STIPULATED MOTION TO STAY CASE AND [PROPOSED]
ORDER
[2:25-cv-00935-JLR] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

The parties previously agreed to a stay of this case as USCIS scheduled Plaintiff for an asylum interview. Additionally, a December 2, 2025 Policy Memorandum, PM-602-0192, available online at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf, has been issued. For good cause, USCIS therefore requests additional time to access the impact of the memorandum and determine next steps in this case.

Dated this 12th day of February, 2026.

DREAMIGRATION, PLLC


s/Natalia Rasulova
NATALIA RASULOVA, Pro Hac Vice
NY Bar ID #5973904
9805 N.E. 116th Street, Suite 7448
Kirkland, WA 98034
Phone: (206) 590-1122
Email: natalia@dreamigration.us

THE LAW OFFICES OF
KARIN TOLGU, PLLC

s/Karin Tolgu
KARIN TOLGU, WSBA No. 42647
110 Prefontain Place S., Suite 304
Seattle, WA 98104
Phone: (206) 218-9472
Email: karin@karintolgulaw.com

Attorneys for Plaintiff

s/Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

Attorneys for Defendant

I certify that this memorandum contains 121 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO STAY CASE AND [PROPOSED] ORDER
[2:25-cv-00935-JLR] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The case is stayed for 60 days.  The parties shall submit a status update on or before 60 days from the date of this Order.  It is so **ORDERED**.

Dated this ___13th___ day of _____February_____, 2026.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO STAY CASE AND [PROPOSED]
ORDER
[2:25-cv-00935-JLR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970