The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVEL DERTYSHNIKOV,

                    Plaintiff,

        v.

MARKWAYNE MULLIN, *et al*.,

                    Defendants.

CASE NO.  2:25-cv-00935-JLR

FOURTH STIPULATED MOTION TO
STAY CASE AND [PROPOSED] ORDER

Noted for Consideration:
May 22, 2026.

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintisff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application.

The parties previously agreed to a stay of this case as USCIS scheduled Plaintiff for an asylum interview. *See* Subsequently, a December 2, 2025 Policy Memorandum, PM-602-0192, available online at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf, was issued, which put a hold on adjudicating asylum applications, and the parties again agreed to a stay of this case. Recently,

FOURTH STIPULATED MOTION TO STAY CASE AND
[PROPOSED] ORDER
[Case No. 2:25-cv-00935-JLR] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

USCIS  published an alert on March 30, 2026, lifting its hold on "asylum applications from non high-risk countries." *See Update on USCIS' Strengthened Screening and Vetting*, available at https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting (last visited May 13, 2026). As a result of this recent alert, USCIS has started adjudicating certain I-589 applications but has not yet completed adjudication of Plaintiff's application.

With an additional 30 days, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 30 days. The parties will submit a joint status report on or before the end of this period.

Dated this 22nd day of May, 2026.

Respectfully submitted,

DREAMIGRATION, PLLC

s/ Natalia Rasulova
NATALIA RASULOVA, Pro Hac Vice
NY Bar ID #5973904
9805 N.E. 116th Street, Suite 7448
Kirkland, WA 98034
Phone: (206) 590-1122
Email: natalia@dreamigration.us

THE LAW OFFICES OF
KARIN TOLGU, PLLC

s/Karin Tolgu
KARIN TOLGU, WSBA No. 42647
110 Prefontain Place S., Suite 304
Seattle, WA 98104
Phone: (206) 218-9472
Email: karin@karintolgulaw.com

*Attorneys for Plaintiff*

s/ Kristen R. Vogel
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: 206-553-4073
Email:  kristen.vogel@usdoj.gov

*Attorney for Defendant*

I certify that this memorandum contains 244 words, in compliance with the Local Civil Rules.

FOURTH STIPULATED MOTION TO STAY CASE AND
[PROPOSED] ORDER
[Case No. 2:25-cv-00935-JLR] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The case is stayed for 30 days.  The parties shall submit a status update on or before 30 days from the date of this Order.  It is so **ORDERED**.

Dated this __22nd__ day of _____May_____, 2026.

_____
JAMES L. ROBART
United States District Judge

FOURTH STIPULATED MOTION TO STAY CASE AND
[PROPOSED] ORDER
[Case No. 2:25-cv-00935-JLR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970